IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EMILIO TORRES RAMOS<br>　　　　Debtor(s)<br><br>EMILIO TORRES RAMOS<br>　　　　Plaintiff(s)<br><br>　　　　　V<br><br>COOP DE AHORRO Y CREDITO AGUAS BUENAS<br>　　　　Defendant(s) | CASE NO. 18-01410-MCF<br><br>Chapter 13<br><br>ADVERSARY NUMBER: 19-00456 |

### Judgment

　　Upon the Order entered by the Honorable Judge Mildred Caban Flores on June 9, 2023, (Docket No. 158), granting plaintiff's Motion to dismiss the adversary proceeding with prejudice, it is now,

　　ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the adversary proceeding with prejudice.

　　IT IS SO ORDERED.

　　In San Juan, Puerto Rico, this 21st day of June, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILMA JAIME-DE JESÚS
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT